Skrzynski v Akebono Brake Corp. (2025 NY Slip Op 06521)

Skrzynski v Akebono Brake Corp.

2025 NY Slip Op 06521

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, DELCONTE, AND KEANE, JJ. (Filed Nov. 21, 2025.) 

MOTION NO. (397/25) CA 24-00457.

[*1]JOSEPH A. SKRZYNSKI AND DEBORAH M. SKRZYNSKI, PLAINTIFFS-RESPONDENTS, 
v
AKEBONO BRAKE CORPORATION, ET AL., DEFENDANTS, AND FORD MOTOR COMPANY, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.